## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

KRISTY S.,

      Plaintiff,                        Case No.: 3:22-cv-332

vs.

COMMISSIONER OF THE SOCIAL         District Judge Michael J. Newman
SECURITY ADMINISTRATION,          Magistrate Judge Caroline H. Gentry

      Defendant.

_____

### ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 13); (2) REVERSING THE ALJ'S NON-DISABILITY FINDING; (3) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; AND (4) TERMINATING THIS CASE ON THE DOCKET

_____

This Social Security appeal is before the Court on the Report and Recommendation issued by United States Magistrate Judge Caroline H. Gentry (Doc. No. 13), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Judge Gentry recommended that the Administrative Law Judge's ("ALJ's") non-disability finding be reversed and this case remanded to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g). Neither party objected to the Report and Recommendation.

Upon careful *de novo* consideration of the foregoing, the Court determines that the Report and Recommendation should be adopted. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation is **ADOPTED** in full (Doc. No. 13); (2) the ALJ's non-disability finding is **REVERSED**; (3) this case is hereby **REMANDED** to the Commissioner for further proceedings under the Fourth Sentence of 42 U.S.C. § 405(g); and (4) this case is **TERMINATED**

on the docket.  The Clerk is **ORDERED** to enter judgment in Plaintiff's favor pursuant to Fed. R.

Civ. P. 58.

**IT IS SO ORDERED.**

February 29, 2024                                           s/*Michael J. Newman*
                                                            Hon. Michael J. Newman
                                                            United States District Judge